# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| JEREMY HOPSON | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:26-CV-1061-S-BT |
| | § | |
| RIGHT DIRECTION CRISIS | § | |
| INTERVENTION, LLC | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. Objections were filed. The Court reviewed de novo those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. Plaintiff's motion for leave to proceed *in forma pauperis* [ECF No. 4] is **DENIED**.

Plaintiff must pay the full $405.00 filing fee within **thirty days** of this Order, or his case will be dismissed without prejudice and without further notice under Federal Rule of Civil Procedure 41(b).

**SO ORDERED.**

SIGNED April 15, 2026.

_Karen Gren Scholer_
**UNITED STATES DISTRICT JUDGE**